**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-1463-RM-CBS

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and
DEERE CREDIT, INC.

Plaintiffs,

v.

WEST RANGE FOREST PRODUCTS, LLC and
CODY T. NEFF

Defendants.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

---

Plaintiffs, John Deere Construction & Forestry Company and Deere Credit, Inc. d/b/a John Deere Financial (collectively, “Plaintiffs”), and Defendant, Cody T. Neff (“Defendant”), through their respective undersigned counsel, hereby jointly stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against Defendants in the above-captioned matter. Each Party shall pay their/his own attorneys’ fees and costs.

It is herein noted that named Co-Defendant, West Range Forest Products, LLC, was previously dismissed pursuant to a Joint Stipulation for Dismissal Without Prejudice Pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii) (Docket No. 30), as granted by the Court (Docket No. 31).

Dated: May 14, 2018.

*/s/ Michael D. Drews*
Michael D. Drews, Esq.
CAMPBELL, KILLIN, BRITTAN & RAY, LLC
270 St. Paul Street, Suite 300
Denver, Colorado 80206

Attorneys for Creditors
John Deere Construction & Forestry
Company and Deere Credit, Inc.

*/s/ Jenny M.F. Fujii*
Jenny M.F. Fujii, Esq.
KUTNER BRINEN, P.C.
1660 Lincoln Street, Suite 1850
Denver, Colorado 80264

Attorneys for Defendant
Cody T. Neff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-1463-RM-CBS

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and
DEERE CREDIT, INC.

Plaintiffs,

v.

WEST RANGE FOREST PRODUCTS, LLC and
CODY T. NEFF

Defendants.

---

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

---

Upon consideration of Plaintiffs, John Deere Construction & Forestry Company's and Deere Credit, Inc.'s d/b/a John Deere Financial (collectively, "Plaintiffs"), and Defendant, Cody T. Neff's ("Defendant"), Joint Stipulation of Dismissal With Prejudice (the "Stipulation"),

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED with prejudice. Each Party shall pay their/his own attorneys' fees and costs.

SO ORDERED this _____ day of _____________, 2018.

BY THE COURT:

___________________________________
Magistrate Judge Mark L. Carman